1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ARTURO MARQUEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:23-cr-00001-JLT-SKO

12           Plaintiff,                  **STIPULATION TO CONTINUE STATUS
                                         CONFERENCE; ORDER**
13      vs.

14  ARTURO MARQUEZ,                      Date:  July 5, 2023
                                         Time:  1:00 p.m.
15           Defendant.                  Judge: Hon. Sheila K. Oberto

16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal

19  Defender Reed Grantham, counsel for Arturo Marquez, that the status conference currently

20  scheduled for March 29, 2023, at 1:00 p.m. may be continued to July 5, 2023, at 1:00 p.m.

21       Mr. Marquez made his initial appearance in this matter on December 22, 2022. *See* Dkt.

22  #3. An Indictment issued on January 5, 2023. *See* Dkt. #12. On that day, the matter was set for a

23  first status conference to occur on March 29, 2023. *See* Dkt. #13.

24       The parties agree and stipulate, and request that the Court find the following. The

25  government has provided initial discovery in this matter. The defense is in the process of

26  reviewing the initial discovery, conducting further investigation, and discussing the matter with

27  his client. For these reasons, the defense requires additional time to discuss the case with his

28  client, to conduct any further investigation and research, and to participate in any plea

negotiation discussions with the government. The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 29, 2023, to July 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 22, 2023

/s/ Arin Heinz
ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 22, 2023

/s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ARTURO MARQUEZ

# O R D E R

**IT IS SO ORDERED.** The time period of March 29, 2023, to July 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for March 29, 2023, at 1:00 p.m. is hereby continued to July 5, 2023, at 1:00 p.m.

Date: 3/22/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge