1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00001-JLT-SKO |
|---|---|
12 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
13 | v. | |
14 | ARTURO N. MARQUEZ, | |
15 | Defendant. | Date: July 5, 2023<br>Time: 1:00 p.m.<br>Honorable Sheila K. Oberto |

17     The United States of America, by and through Phillip A. Talbert, United States Attorney, and
18 Arin C. Heinz, Assistant United States Attorney, and the defendant, by and through Mr. Reed Grantham,
19 his attorney of record, hereby stipulate to continue the status conference in this case from July 5, 2023,
20 until October 4, 2023, at 1:00 p.m.
21     The Supreme Court has emphasized that the Speedy Trial Act's end-of-justice provision
22 "counteract[s] substantive open endedness with procedural strictness," "demand[ing] on-the-record
23 findings" in a particular case. *Zedner v. United States*, 547 U.S. 489, 509 (2006). "[W]ithout on-the-
24 record findings, there can be no exclusion under" § 3161(h)(7)(A). *Id.* at 507. And moreover, any such
25 failure cannot be harmless. *Id.* at 509; *see also United States v. Ramirez-Cortez,* 213 F.3d 1149, 1153
26 (9th Cir. 2000) (explaining that a judge ordering and ends-of-justice continuance must set forth explicit
27 findings on the record "either orally or in writing").
28     Ends-of-justice continuances are excludable only if "the judge granted such continuance on the

STIPULATION TO CONTINUE STATUS CONFERENCE         1

basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  Moreover, no such period is excludable unless "the court sets forth, in the record of the case, either orally or in writing, its reason or finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." *Id.*

This Court should consider the following case-specific facts in finding excludable delay appropriate in this particular case under the ends-of-justice exception, § 3161(h)(7) (Local Code T4).  If continued, this Court should designate a new date for the status conference.  *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

The parties request that time be excluded between July 5, 2023, until October 4, 2023 for the following reasons:

1. The initial discovery in this case was provided on December 29, 2023. It consists of investigative reports, photos of the search of Marquez's residence, a recording of an interview of the Marquez, and search warrants. Additional discovery has been provided since that time as the United States receives additional reports and jail calls made by Marquez.

2. On April 10, 2023, defense counsel requested additional discovery, which the government provided. On June 15, 2023, defense counsel requested additional discovery which the government responded to and is in the process of requesting and providing. Both of these requests related to documents or evidence in the possession of state law enforcement. This discovery is necessary in order for defense counsel to assess the viability of potential motions, to include a potential motion to suppress.

3. Defense counsel requests additional time to review the discovery, assess the viability of motions, discuss the case with the defendant and conduct his own investigation into the allegations in the indictment.

4. The proposed status conference date represents the earliest date that counsel is available thereafter, taking into account counsel's schedule and commitments to other clients, and the need for preparation in the case and further investigation.

5. The government does not object to the requested continuance.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. Section 3161(h)(7)(B)(iv).  Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court exclude the time until the new hearing date from calculations under the Speedy Trial Act.

Dated: June 28, 2023
PHILLIP A TALBERT
United States Attorney

/s/ *Arin C. Heinz*
ARIN C. HEINZ
Assistant United States Attorney

DATED:  June 28, 2023
/s/*Reed Grantham*
REED GRANTHAM
Attorney for Defendant Arturo Marquez

## ORDER

IT IS HEREBY ORDERED that the status conference in this case be continued from July 5, 2023, until October 4, 2023, at 1:00 p.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 5, 2023 until October 4, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court

at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: 6/29/2023

*Sheila K. Oberto*
Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE