PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00001-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| ARTURO N. MARQUEZ, | Date: October 4, 2023<br>Time: 1:00 p.m. |
| Defendant. | Honorable Sheila K. Oberto |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Arin C. Heinz, Assistant United States Attorney, and the defendant, by and through Mr. Reed Grantham, his attorney of record, hereby stipulate to continue the status conference in this case from October 4, 2023, until November 15, 2023, at 1:00 p.m and to exclude time.

The Supreme Court has emphasized that the Speedy Trial Act's end-of-justice provision "counteract[s] substantive open endedness with procedural strictness," "demand[ing] on-the-record findings" in a particular case. *Zedner v. United States*, 547 U.S. 489, 509 (2006). "[W]ithout on-the-record findings, there can be no exclusion under" § 3161(h)(7)(A). *Id.* at 507. And moreover, any such failure cannot be harmless. *Id.* at 509; *see also United States v. Ramirez-Cortez,* 213 F.3d 1149, 1153 (9th Cir. 2000) (explaining that a judge ordering and ends-of-justice continuance must set forth explicit findings on the record "either orally or in writing").

Ends-of-justice continuances are excludable only if "the judge granted such continuance on the

STIPULATION TO CONTINUE STATUS CONFERENCE     1

basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  Moreover, no such period is excludable unless "the court sets forth, in the record of the case, either orally or in writing, its reason or finding that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." *Id.*

This Court should consider the following case-specific facts in finding excludable delay appropriate in this particular case under the ends-of-justice exception, § 3161(h)(7) (Local Code T4).  If continued, this Court should designate a new date for the status conference.  *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

The parties request that time be excluded between October 4, 2023, until November 15, 2023 for the following reasons:

1. The initial discovery in this case was provided on December 29, 2023. It consists of investigative reports, photos of the search of Marquez's residence, a recording of an interview of the Marquez, and search warrants. Additional discovery has been provided since that time as the United States receives additional reports and jail calls made by Marquez.
2. On April 10, 2023, defense counsel requested additional discovery, which the government provided. On June 15, 2023, defense counsel requested additional discovery which the government provided to the defense. The discovery consisted of security camera footage that state law enforcement had in its possession seized from Mr. Marquez's residence.
3. The defense is continuing to review this discovery and conduct its own investigation to assess the validity of filing a motion to suppress.
4. Defense counsel requests additional time to review the discovery, assess the viability of motions, discuss the case with the defendant and conduct his own investigation into the allegations in the indictment.
5. The proposed status conference date represents the earliest date that counsel is available thereafter, taking into account counsel's schedule and commitments to other clients, and

1         the need for preparation in the case and further investigation.

2         5. The government does not object to the requested continuance.

3     The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court exclude the time until the new hearing date from calculations under the Speedy Trial Act.

Dated: September 27, 2023         PHILLIP A TALBERT
        United States Attorney

        /s/ *Arin C. Heinz*
        ARIN C. HEINZ
        Assistant United States Attorney

DATED:  September 27, 2023         /s/*Reed Grantham*
        REED GRANTHAM
        Attorney for Defendant Arturo Marquez

## **ORDER**

IT IS HEREBY ORDERED that the status conference in this case be continued from September 27, 2023, until November 15, 2023, at 1:00 p.m.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 4, 2023 until November 15, 2023, inclusive, is deemed

excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:   9/27/23

*Sheila K. Oberto*
Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE