HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ARTURO MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00001-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET BRIEFING SCHEDULE AND HEARING DATE; ORDER** |
| vs. | |
| ARTURO MARQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Arturo Marquez, that the status conference currently scheduled for November 15, 2023, at 1:00 p.m. may be vacated and that a briefing schedule and hearing date may be set as follows:

- Defense motion to be filed on or before January 19, 2024
- Government opposition to be filed on or before February 9, 2024
- Any defense reply to be filed on or before February 23, 2024
- Motion hearing to be set on March 4, 2024, at 10:00 a.m. before the Honorable Jennifer L. Thurston, United States District Court Judge

The parties agree that the delay resulting from the continuance to January 19, 2024, shall be excluded under 18 U.S.C. § 3161(h)(7)(A) because it results from a continuance granted by

the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. In addition, the parties agree that the delay resulting from the continuance to March 4, 2024, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: November 8, 2023

*/s/ Arin Heinz*
ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 8, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ARTURO MARQUEZ

Marquez – Stipulation to Vacate Status
Conference and Set Briefing Schedule/Hearing

2

# O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for November 15, 2023, at 1:00 p.m. is hereby vacated.

**IT IS FURTHER ORDERED THAT** a briefing schedule on the defense motion is hereby set in accordance with the above. The defense motion is to be filed on or before January 19, 2024. The government opposition is to be filed on or before February 9, 2024. Any defense reply is to be filed on or before February 23, 2024. A hearing on the motion is hereby set for March 4, 2024, at 10:00 a.m. before the Honorable Jennifer L. Thurston, United States District Court Judge. Any discovery motions shall be filed before Magistrate Judge Sheila K. Oberto.

Time shall be excluded between November 15, 2023, and January 19, 2024, under 18 U.S.C. § 3161(h)(7)(A) because the delay results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, and between January 19, 2024, and March 4, 2024, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated:  **November 8, 2023**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE