HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ARTURO MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00001-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; ORDER** |
| vs. | |
| ARTURO MARQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for the United States of America, and Assistant Federal Defender Reed Grantham, counsel for Arturo Marquez, that the briefing schedule previously set on November 9, 2023 (*see* Dkt. #38), be modified as set forth below, and that the motion hearing currently set for March 4, 2024, be continued to April 22, 2024.

On November 9, 2023, the parties submitted a stipulation to set a briefing schedule and hearing date on a proposed defense motion to suppress. *See* Dkt. #38. In order to provide sufficient time and opportunity for counsel for Mr. Marquez to brief the relevant issues, the parties hereby agree and stipulate that the briefing schedule and hearing date previously set be modified in accordance with the below:

- Defense motion to be filed on or before March 8, 2024
- Government opposition to be filed on or before March 29, 2024

- Any defense reply to be filed on or before April 12, 2024
- Motion hearing to be set on April 22, 2024, at 10:00 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

The parties agree that the delay resulting from the continuance to April 22, 2024, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 17, 2024  */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ARTURO MARQUEZ


PHILLIP A. TALBERT
United States Attorney

Date: January 17, 2024  */s/ Arin Heinz*
ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:   **January 17, 2024**

UNITED STATES DISTRICT JUDGE

Marquez – Stipulation to Modify Briefing Schedule and Hearing Date       -2-