| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
ARTURO MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00001-JLT-SKO |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; ORDER** |
| vs. | |
| ARTURO MARQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for the United States of America, and Assistant Federal Defender Reed Grantham, counsel for Arturo Marquez, that the briefing schedule previously set be modified as set forth below, and that the motion hearing currently set for April 22, 2024, be continued to June 3, 2024.

Undersigned counsel has developed a conflict with the current April 22, 2024 hearing date. In addition, counsel is in need of additional time and opportunity to discuss the motion with Mr. Marquez and to research and brief the relevant issues. Accordingly, the parties hereby agree and stipulate that the briefing schedule and hearing date previously set be modified in accordance with the below:

- Defense motion to be filed on or before April 19, 2024
- Government opposition to be filed on or before May 10, 2024

1       • Any defense reply to be filed on or before May 24, 2024

2       • Motion hearing to be set on June 3, 2024, at 9:00 a.m.

3 The dates proposed are mutually agreeable dates for the parties and the parties make this request

4 with the intention of conserving time and resources for both the parties and the Court.

5     The parties agree that the delay resulting from the continuance to June 3, 2024, shall be

6 excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial

7 motion, through the conclusion of any hearing on the motion, and the prompt disposition of the

8 motion. *See* 18 U.S.C. § 3161(h)(1)(D).

                                Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Date: March 5, 2024             */s/ Reed Grantham*
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Defendant
                                ARTURO MARQUEZ


                                PHILLIP A. TALBERT
                                United States Attorney

Date: March 5, 2024             */s/ Arin Heinz*
                                ARIN HEINZ
                                Assistant United States Attorney
                                Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** The briefing schedule on the defense motion is hereby modified in accordance with the above. The defense motion is to be filed on or before April 19, 2024. The government opposition is to be filed on or before May 10, 2024. Any defense reply is to be filed on or before May 24, 2024. A hearing on the motion is hereby set for June 3, 2024, at 9:00 a.m.

Time shall be excluded to June 3, 2024, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated:   **March 5, 2024**

UNITED STATES DISTRICT JUDGE