HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ARTURO MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00001-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; ORDER** |
| vs. | |
| ARTURO MARQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for the United States of America, and Assistant Federal Defender Reed Grantham, counsel for Arturo Marquez, that the briefing schedule previously set be modified as set forth below, and that the motion hearing currently set for June 3, 2024, be continued to July 8, 2024.

Undersigned counsel is in need of additional time and opportunity to discuss the motion with Mr. Marquez and to research and brief the relevant issues. Additionally, undersigned counsel expects to provide the government with additional discovery requests relevant to the instant motion and additional time is needed to determine whether any materials are responsive to these discovery requests. Accordingly, the parties hereby agree and stipulate that the briefing schedule and hearing date previously set be modified in accordance with the below:

//

1 • Defense motion to be filed on or before May 17, 2024

2 • Government opposition to be filed on or before June 14, 2024

3 • Any defense reply to be filed on or before June 26, 2024

4 • Motion hearing to be set on July 8, 2024, at 9:00 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

The parties agree that the delay resulting from the continuance to July 8, 2024, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: April 18, 2024          */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              ARTURO MARQUEZ


                              PHILLIP A. TALBERT
                              United States Attorney

Date: April 18, 2024          */s/ Arin Heinz*
                              ARIN HEINZ
                              Assistant United States Attorney
                              Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The briefing schedule on the defense motion is hereby modified in accordance with the above. The defense motion is to be filed on or before May 17, 2024. The government opposition is to be filed on or before June 14, 2024. Any defense reply is to be filed on or before June 26, 2024. A hearing on the motion is hereby set for July 8, 2024, at 9:00 a.m.

Time shall be excluded to July 8, 2024, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated:   **April 19, 2024**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE