1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    ARTURO MARQUEZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No. 1:23-cr-00001-JLT-SKO

12              Plaintiff,              **STIPULATION TO MODIFY BRIEFING
                                        SCHEDULE AND HEARING DATE;**
13   vs.                               **ORDER**

14   ARTURO MARQUEZ,

15              Defendant.

16

17          IT IS HEREBY STIPULATED, by and between the parties through their respective

18   counsel, Assistant United States Attorney Arin Heinz, counsel for the United States of America,

19   and Assistant Federal Defender Reed Grantham, counsel for Arturo Marquez, that the briefing

20   schedule previously set be modified as set forth below, and that the motion hearing currently set

21   for July 8, 2024, be continued to August 12, 2024.

22          On May 6, 2024, undersigned counsel submitted additional discovery requests to

23   government counsel for material relevant to the anticipated motion to suppress. The government

24   is in the process of looking into these requests to determine whether there is any material

25   responsive to these requests. In order to provide sufficient opportunity for the government to

26   look into these requests and in order to provide undersigned counsel with an opportunity to

27   review any responsive material and to further prepare the anticipated motion to suppress, the

28   parties are in agreement and stipulate that the briefing schedule and hearing date previously set

1 | be modified in accordance with the below.

2 | • Defense motion to be filed on or before June 21, 2024

3 | • Government opposition to be filed on or before July 19, 2024

4 | • Any defense reply to be filed on or before July 30, 2024

5 | • Motion hearing to be set on August 12, 2024, at 9:00 a.m.

6 | The dates proposed are mutually agreeable dates for the parties and the parties make this request

7 | with the intention of conserving time and resources for both the parties and the Court.

8 | The parties agree that the delay resulting from the continuance to August 12, 2024, shall

9 | be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a

10 | pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition

11 | of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

12 |                                                  Respectfully submitted,

13 |                                                  HEATHER E. WILLIAMS
   |                                                  Federal Defender

14

15 | Date: May 16, 2024                              */s/ Reed Grantham*
   |                                                  REED GRANTHAM
16 |                                                  Assistant Federal Defender
   |                                                  Attorney for Defendant
17 |                                                  ARTURO MARQUEZ

18
   |                                                  PHILLIP A. TALBERT
19 |                                                  United States Attorney

20 | Date: May 16, 2024                              */s/ Arin Heinz*
   |                                                  ARIN HEINZ
21 |                                                  Assistant United States Attorney
   |                                                  Attorney for Plaintiff

22

23

24

25

26

27

28

Marquez – Stipulation to Modify Briefing Schedule        -2-
and Hearing Date

1

**O R D E R**

2       **IT IS SO ORDERED.** The briefing schedule on the defense motion is hereby modified

3 in accordance with the above. The defense motion is to be filed on or before June 21, 2024. The

4 government opposition is to be filed on or before July 19, 2024. Any defense reply is to be filed

5 on or before July 30, 2024. A hearing on the motion is hereby set for August 12, 2024, at 9:00

6 a.m.

7       Time shall be excluded to August 12, 2024, under 18 U.S.C. § 3161(h)(1)(D) because the

8 delay results from the filing of a pretrial motion, through the conclusion of any hearing on the

9 motion, and the prompt disposition of the motion.

10

IT IS SO ORDERED.

11

12   Dated:   **May 17, 2024**

UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28