HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ARTURO MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00001-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |
| vs. | |
| ARTURO MARQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for the United States of America, and Assistant Federal Defender Reed Grantham, counsel for Arturo Marquez, that the briefing schedule previously set be modified as set forth below.

On June 21, 2024, Mr. Marquez filed a motion to suppress in this matter. *See* Dkt. #47. The government filed its opposition on July 19, 2024. *See* Dkt. #48. Pursuant to a stipulation submitted by the parties, Mr. Marquez's reply is to be filed on or before July 30, 2024. *See* Dkt. #46. However, on July 22, 2024, counsel for Mr. Marquez confirmed that he will need to appear in district court in Sacramento on another matter on Tuesday, July 30, 2024. As a result, counsel will need to travel to Sacramento on July 29, 2024, attend a hearing there on July 30, 2024, and travel back to Fresno on July 30, 2024. As a result, the parties are in agreement and stipulate that the briefing schedule be modified in accordance with the below.

- Any defense reply to be filed on or before August 2, 2024

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

Time has previously been excluded by the parties to the date of the hearing on the motion, on August 12, 2024. *See* Dkt. #46.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 22, 2024        */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ARTURO MARQUEZ


PHILLIP A. TALBERT
United States Attorney

Date: July 22, 2024        */s/ Arin Heinz*
ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** The briefing schedule on the defense motion is hereby modified in accordance with the above. Any defense reply is to be filed on or before August 2, 2024.

IT IS SO ORDERED.

Dated:   **July 23, 2024**

UNITED STATES DISTRICT JUDGE