HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ARTURO MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00001-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE; ORDER** |
| vs. | |
| ARTURO MARQUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for the United States of America, and Assistant Federal Defender Reed Grantham, counsel for Arturo Marquez, that the briefing schedule previously set be modified as set forth below, and that the motion hearing currently set for August 12, 2024, be continued to September 3, 2024, at 9:00 a.m.

On June 21, 2024, Mr. Marquez filed a motion to suppress in this matter. *See* Dkt. #47. One of the arguments raised in Mr. Marquez's motion to suppress was with respect to the electronic searches conducted on Mr. Marquez's two cell phones. *See* Dkt. #47 at 24-33. The government filed its opposition on July 19, 2024. *See* Dkt. #48. In support of its opposition, the government included two declarations from the officers involved in the search of Mr. Marquez's two cell phones. *See* Dkt. #48-5, #48-6. These declarations provided some new information regarding the electronic searches conducted in this case.

As a result of these declarations, counsel for Mr. Marquez sought assistance from a forensics expert. Contact was made with the forensics expert on Monday, July 22, 2024. A contract for services was finalized at the end of the day on Tuesday, July 23, 2024, and initial documents were provided to the forensics expert at that time. After an initial review, additional material was needed by the forensics expert, and this material was provided on Wednesday, July 24, 2024. However, because the forensics expert was travelling for work, he was unable to access the additional material until Saturday, July 27, 2024. Counsel discussed the matter with the forensics expert on Sunday, July 28, 2024. The expert indicated that he has pre-scheduled leave between July 29, 2024, and August 5, 2024, and would have limited capability during that time. As a result of this information, undersigned counsel discussed this matter with government counsel on July 29, 2024. Because of the expert's scheduled leave and the need for sufficient time to review the material in this case in light of the two declarations provided in the government's opposition, the parties are in agreement to modify the briefing schedule and hearing date as set forth below:

- Any defense reply to be filed on or before August 16, 2024
- Motion hearing to be set on September 3, 2024, at 9:00 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

The parties agree that the delay resulting from the continuance to September 3, 2024, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 31, 2024            */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               ARTURO MARQUEZ

|   |   |
|---|---|
| | PHILLIP A. TALBERT<br>United States Attorney |
| Date: July 31, 2024 | */s/ Arin Heinz*<br>ARIN HEINZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## **O R D E R**

**IT IS SO ORDERED.** The briefing schedule on the defense motion is hereby modified in accordance with the above. Any defense reply is to be filed on or before August 16, 2024. A hearing on the motion is hereby set for September 3, 2024, at 9:00 a.m.

Time shall be excluded to September 3, 2024, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated:   **July 31, 2024**                                              /s/ Jennifer L. Thurston
                                                                         UNITED STATES DISTRICT JUDGE