1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    ARTURO MARQUEZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No. 1:23-cr-00001-JLT-SKO

12              Plaintiff,              **STIPULATION AND ORDER TO SET
                                        STATUS CONFERENCE;**
13   vs.
                                        Date:   February 5, 2025
14   ARTURO MARQUEZ,                    Time:  1:00 p.m.
                                        Judge: Hon. Sheila K. Oberto
15              Defendant.

16

17          IT IS HEREBY STIPULATED by and between the parties through their respective

18   counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal

19   Defender Reed Grantham, counsel for Arturo Marquez, that a status conference be set in this

20   matter for February 5, 2025, at 1:00 p.m.

21          On December 23, 2024, the district court issued an order denying Mr. Marquez's motion

22   to suppress. *See* Dkt. #64. In light of the Court's recent order, counsel for Mr. Marquez requires

23   additional time and opportunity to discuss the Court's order with Mr. Marquez, to conduct

24   additional research and investigation, to participate in any plea negotiations, and to discuss all of

25   these matters further with Mr. Marquez. For these reasons, the parties request that this matter be

26   set for a status conference on February 5, 2025. This request is intended to conserve time and

27   resources for the parties and the Court. Counsel for defendant believes that failure to grant the

28   above-requested continuance would deny him the reasonable time necessary for effective

1  preparation, taking into account the exercise of due diligence. The government does not object to

2  the continuance.

3         Based on the above-stated findings, the ends of justice served by continuing the case as

4  requested outweigh the interest of the public and the defendant in a trial within the original date

5  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial

6  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December

7  23, 2024, to February 5, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§

8  3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by

9  the Court at defendant's request on the basis of the Court's finding that the ends of justice served

10  by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

11

12                                   Respectfully submitted,

13

14                                   PHILLIP A. TALBERT
                                     United States Attorney

15  Date: January 6, 2025            */s/ Arin Heinz*_____
16                                   ARIN HEINZ
                                     Assistant United States Attorney
17                                   Attorney for Plaintiff

18                                   HEATHER E. WILLIAMS
                                     Federal Defender
19
20  Date: January 6, 2025            */s/ Reed Grantham*_____
                                     REED GRANTHAM
21                                   Assistant Federal Defender
                                     Attorney for Defendant
22                                   ARTURO MARQUEZ

23

24

25

26

27

28

1

**O R D E R**

2

**IT IS SO ORDERED.** The time period of December 23, 2024, to February 5, 2025,

3

inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i),

4

(ii) and (iv) because it results from a continuance granted by the Court at defendant's request on

5

the basis of the Court's finding that the ends of justice served by taking such action outweigh the

6

best interest of the public and the defendant in a speedy trial. A status conference is hereby set

7

for February 5, 2025, at 1:00 p.m.

8

9

10

Date: 1/7/2025 _____

*Sheila K. Oberto*

11

Hon. Sheila K. Oberto
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28