HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ARTURO MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> vs.<br><br> ARTURO MARQUEZ,<br><br>  Defendant. | Case No. 1:23-cr-00001-JLT-SKO<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Arin Heinz, counsel for the United States of America, and Assistant Federal Defender Reed Grantham, counsel for Arturo Marquez, that the briefing schedule previously set be modified as set forth below, and that the motion hearing currently set for April 21, 2025, be continued to May 12, 2025, at 9:00 a.m.

On February 3, 2025, pursuant to a stipulation from the parties, this matter was set for a trial confirmation hearing on September 29, 2025, and for a trial on October 15, 2025. *See* Dkt. #69. In addition, the parties set a briefing schedule on a motion to dismiss with a hearing date for April 21, 2025. *See* Dkt. #69. In light of information recently provided to counsel from Mr. Marquez and additional questions raised by Mr. Marquez, counsel for Mr. Marquez requires additional time and opportunity to meet with Mr. Marquez and to discuss the proposed motion. These discussions may impact whether Mr. Marquez intends to proceed with the motion.

Accordingly, the parties are in agreement to modify the briefing schedule and hearing date as set forth below:

- Any motion to be filed on or before March 14, 2025
- Any opposition to be filed on or before April 18, 2025
- Any reply to be filed on or before May 2, 2025
- Motion hearing to be set on May 12, 2025, at 9:00 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

The parties have already excluded time to the trial date of October 15, 2025, but further agree that time be excluded to May 12, 2025, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 26, 2025        */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               ARTURO MARQUEZ


MICHELE BECKWITH
Acting United States Attorney

Date: February 26, 2025        */s/ Arin Heinz*
                               ARIN HEINZ
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The briefing schedule on the defense motion is hereby modified in accordance with the above. Any motion is to be filed on or before March 14, 2025. Any opposition is to be filed on or before April 18, 2025. Any reply is to be filed on or before May 2, 2025. A hearing on the motion is hereby set for May 12, 2025, at 9:00 a.m.

Time shall be excluded to May 12, 2025, under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion, and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated: **February 26, 2025**

UNITED STATES DISTRICT JUDGE