1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ARTURO MARQUEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00001-JLT-SKO
12 |            Plaintiff,      | STIPULATION TO VACATE BRIEFING
                                  SCHEDULE AND HEARING DATE; ORDER
13 | vs.                        |
14 | ARTURO MARQUEZ,            |
15 |            Defendant.      |

16

17         IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Assistant United States Attorney Arin Heinz, counsel for the United States of America,

19 and Assistant Federal Defender Reed Grantham, counsel for Arturo Marquez, that the briefing

20 schedule previously set be vacated, and that the motion hearing currently scheduled for May 12,

21 2025, at 9:00 a.m. be vacated.

22         On February 3, 2025, pursuant to a stipulation from the parties, this matter was set for a

23 trial confirmation hearing on September 29, 2025, and for a trial on October 15, 2025. *See* Dkt.

24 #69. In addition, the parties set a briefing schedule on a motion to dismiss with a hearing date for

25 April 21, 2025. *See* Dkt. #69. The briefing schedule and hearing date was subsequently modified

26 on February 27, 2025, pursuant to a stipulation from the parties, because Mr. Marquez had

27 additional questions and issues that he wished to discuss with counsel prior to proceeding with

28 the motion. *See* Dkt. #71. In light of counsel's discussions with Mr. Marquez and additional

1  communications with government counsel, the parties are requesting that the briefing schedule
2  and hearing date previously set be vacated at this time to undertake further communications
3  between the parties in this matter. The parties make this request with the intention of conserving
4  time and resources for both the parties and the Court.

5      Since a trial confirmation and trial date have already been set in this matter and time has
6  been excluded to the date of trial, no further exclusion of time is necessary. *See* Dkt. #69.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 14, 2025     */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
ARTURO MARQUEZ

MICHELE BECKWITH
Acting United States Attorney

Date: March 14, 2025     */s/ Arin Heinz*
ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** The briefing schedule previously set on February 27, 2025, is hereby vacated, and the motion hearing date previously set for May 12, 2025, is also vacated.

Time has previously been excluded in this matter to the date of trial scheduled for October 15, 2025.

IT IS SO ORDERED.

Dated:   **March 17, 2025**

UNITED STATES DISTRICT JUDGE