ERIC GRANT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARTURO N. MARQUEZ, <br><br> Defendant. | **CASE NO. 1:23-CR-00001-JLT-SKO** <br><br> **STIPULATION TO VACATE TRIAL AND SCHEDULE CHANGE OF PLEA AND ORDER** |

The United States of America, by and through Eric Grant, United States Attorney, and Arin C. Heinz, Assistant United States Attorney, and the defendant, by and through Mr. Reed Grantham, his attorney of record, hereby stipulate to the following:

This case is docketed for a trial on October 15, 2025, and a trial confirmation hearing on September 29, 2025. Dkt. 69. The parties have reached a plea agreement. Dkt. 74. Accordingly, the parties request to vacate the trial and trial confirmation hearing. Additionally, the parties further request to docket a change of plea on September 29, 2025, in lieu of the trial confirmation hearing. Time has previously been excluded until October 15, 2025.

///

///

///

DATED: September 18, 2025

ERIC GRANT
United States Attorney

/s/ *Arin C. Heinz*
ARIN C. HEINZ
Assistant United States Attorney

DATED: September 18, 2025

/s/*Reed Grantham*
REED GRANTHAM
Attorney for Defendant Arturo Marquez

## ORDER

IT IS HEREBY ORDERED that the trial and trial confirmation hearing be vacated, and a change of plea be docketed for September 29, 2025, at 9:00 am.

IT IS SO ORDERED.

Dated:   **September 19, 2025**

UNITED STATES DISTRICT JUDGE

2